UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x
United States of America,

                          Plaintiff,

-against-

                                                Case No. 7:05-mj-664

Adrian Johnson

                          Defendant.

_____x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby Dismissed.

                                                SO ORDERED.

                                                _____
                                                Hon. Martin R. Goldberg
                                                United States Magistrate Judge

Dated: <u>26th day of August, 2022</u>
        Poughkeepsie, New York